# EXHIBIT D

# PROPOSED REMINDER POSTCARD AND EMAIL

Dear Current or Former Hourly Employee for Gardner Pie Company:

We previously mailed and emailed you a Notice of lawsuit and a Consent to Join form alleging that Gardner Pie did not include shift premiums and other bonuses into overtime calculations. If you want to join the lawsuit, your Consent to Join form should be postmarked or returned no later than [insert date] by mail, email or fax [insert fax number]. If you need another copy of the Notice or Consent to Join form please contact the Claims Administrator at:

[ADMINISTRATOR]

This Notice and its contents have been authorized by the United States District Court for the Northern District of Ohio. The Court has taken no position in this case regarding the merits of the lawsuit or of Gardner Pie's defenses. This reminder shall not be read as the Court encouraging or discouraging anyone from participating in the lawsuit.