It is so ordered.  The claims set forth below and the remainder of this matter are hereby dismissed with prejudice.
/s/ John R. Adams
U.S. District Judge
4/30/2025

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **ELIZABETH KAUFMAN**, individually and on behalf of all other similarly situated individuals,<br><br>       Plaintiffs,<br><br>v.<br><br>**GARDNER PIE COMPANY**,<br><br>       Defendant. | Case No.: 5:22-cv-02126-JRA<br><br>Honorable John. R. Adams |

**STIPULATED ORDER OF DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure it is hereby ordered that the individual claims of Plaintiffs Elizabeth Kaufman, David Aderhold, Aaron Bain, Nicholas Barnes, Sydney Beck, Dierdra Bethune, Emily Bill, Terry Bowman, Tontrence Braxton, James Joshua Brown, Shelvia Brown, Gregory Chambers, Erris Clinkscale, Karyn Clites, Taylor Cole, Gregory Wayne Cole, Gabrielle Davis, Curtiss Dixon, Amber Eiber, Jim Edsall, Le'Von Elam, Tangeria Ford, Trenton Glauthier, David Guss, Jr., Donald Haring, Todd Martin Henry, James Herring, Kevin Jackson, Michaela Jenkins, Eric Karl, Natalya Kellie, Timothy Michael Labus, Darla Lilly, Farradh Locke, Karen Lockhart, Karen Long, Gene Mason, Christopher Matthews, Jacqueline Mostoller, Timothy Oppihle, Emanuel Orr, Jennifer Padgitt, Vincent Pasko, Barrett Phillips, Cassandra Porter, Brian Pressley, Shawn Robinson, Wade Ross, Jeffrey Ruthem, Kerri Sabo, James Schleicher, Marissa Shropshire, William Shropshire, Carol Simon, Misty Sklare, Thomas Stump, Leslie Thomas, Timothy Workman and Brandy Young, are dismissed with prejudice and without costs to either party.

**SO ORDERED:**